**Lloyd George MAXWELL, Sr., Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 03–6193.**

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Lloyd George Maxwell, Sr., Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lloyd George Maxwell, Sr., appeals the district court's order denying his motion for modification and reduction of his sentence. We have reviewed the record and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Maxwell v. United States,* No. CR–93–262–A (E.D.Va. Jan. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*